UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TOM GOMEZ,**
**DOC# 073747,**

    **Plaintiff,**

v.                                                         Case No.: 3:17-cv-1254-J-32PDB

**SERGEANT RECKNER et al.,**

    **Defendants.**
_____/

## DEFENDANT SANFORD'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL

COMES NOW, Defendant SANFORD ("Defendant"), through counsel, answer Plaintiff's Amended Complaint (Doc. 16) as follows:

**I. Place of Present Confinement:**

DENIED as to Plaintiff's current location of confinement. According to the Florida Department of Corrections, Plaintiff is located at Martin Correctional Institution, 1150 S.W. Allapattah Rd., Indiantown, Florida 34956-4397.

**II. Exhaustion of Administrative Remedies**

Unknown if Plaintiff has exhausted administrative remedies, therefore DENIED.

**III. Previous Lawsuits:**

Unknown if Plaintiff has previous lawsuits, therefore DENIED.

**IV. Parties**

(A) Admitted that the Plaintiff is Tomas Gomez. All other allegations DENIED.

(B) Unknown if there are Additional Plaintiffs, therefore DENIED.

(C) Answered in previously filed "Answer and Affirmative Defenses." (Doc. 18) (Hereinafter "See Doc. 18")

(D) Admitted that Jonathan Sanford is a served Defendant in this case. All other allegations are DENIED.

(E) See Doc. 18

(F) See Doc. 18

**VI. Statement of Claim[1]**

All claims against Defendant Sanford are DENIED. For all other claims see Doc. 18

---

[1] For unknown reasons, the Civil Rights Complaint Form jumps from Roman Numeral IV to VI, with no marked space for Roman Numeral V. The page numbers themselves do not skip.

## VII. Statement of Facts

1. Unknown, therefore DENIED.

2. Unknown, therefore DENIED.

3. Unknown, therefore DENIED.

4. See Doc. 18.

5. Unknown, therefore DENIED.

6. See Doc. 18.

7. See Doc. 18.

8. All claims against Defendant Sanford are DENIED.

9. See Doc. 18.

10. All claims against Defendant Sanford are DENIED, see Doc. 18 for other parties.

11. Admitted that Defendant Sanford deployed three one second bursts of OC chemical agent into the Plaintiff's facial area after Plaintiff Gomez refused to obey commands and attempted to reach under his mattress. Denied that events happened as described by Plaintiff and denied that the use of force violated any

rights of the Plaintiff or was done cruel and usual punishment or showed any deliberate indifference.  Otherwise, see Doc. 18.

12.  Unknown, therefore DENIED, and DENIED insofar as the claim makes any allegations as to Defendant Sanford. Otherwise, see Doc. 18.

13.  Unknown, therefore DENIED.

14.  Unknown, therefore DENIED.

15.  Admitted that Plaintiff has included an "Exhibit M" with a statement.  It is unknown if it is a part of a Use of Force Report or if the Plaintiff wrote it, therefore DENIED. As to any allegations made in "Exhibit M" against Defendant Sanford, such allegations are DENIED.  Otherwise, see Doc. 18.

16.  Admitted that "Exhibit N" is composed of several letters with the corresponding listed dates.  It is unknown who they are addressed to, therefore DENIED.  As to any allegations made in "Exhibit N" against Defendant Sanford, such allegations are DENIED.  Otherwise, see Doc. 18.

17.  Unknown, therefore DENIED.

18.  Unknown, therefore DENIED.

19. Admitted that "Exhibit O" is an "Emergency Room Record." DENIED as to any of the findings as alleged by the Plaintiff. Any allegations against Defendants Sanford are DENIED. Otherwise, see Doc. 18.

20. Admitted that Plaintiff has attached an "Exhibit P," however it is a letter from an inmate with self-serving and hearsay statements, therefore DENIED as to allegations of its contents. Any allegations made against Defendant Sanford are DENIED. Otherwise, see Doc. 18.

21. Admitted that Plaintiff has attached an "Exhibit Q." DENIED as to any of the findings as alleged by the Plaintiff. Any allegations against Defendant Sanford are DENIED. Otherwise, see Doc. 18.

22. Admitted that Plaintiff has attached an "Exhibit Q." DENIED as to any of the findings as alleged by the Plaintiff. Any allegations against Defendants Sanford are DENIED. Otherwise, see Doc. 18.

23. All allegations against Defendant Sanford are DENIED. Otherwise, see Doc. 18.

## VIII. Relief Requested

1. DENIED that Plaintiff is entitled to such relief.

2. DENIED that Plaintiff is entitled to such relief.

3.  DENIED that Plaintiff is entitled to such relief.

4.  Admitted that, at this point, Plaintiff is entitled to a jury trial.

5.  DENIED that Plaintiff is entitled to such relief.

6.  DENIED that Plaintiff is entitled to such relief and DENIED that Plaintiff is entitled to any relief whatsoever.

## **AFFIRMATIVE DEFENSES**

1.  Plaintiff has not been denied any rights that are protected by the United States Constitution, any portion of the United States Code, or any portion of the Florida Administrative Code.

2.  Plaintiff has failed to establish any constitutionally cognizant injury under the circumstances of this case.

3.  Plaintiff fails to state a cause of action

4.  Plaintiff fails to state a claim upon which relief can be granted

5.  Plaintiff did not suffer a physical injury to be entitled to compensatory or punitive damages under the Prison Litigation Reform Act, 42 U.S.C. §1997e(e) and any claim for damages must be limited to nominal damages.

6.  Defendants are immune to any claims for damages in their official capacities.

7. Defendants acted reasonably within the discretion of their positions and the course and scope of their employment and did not violate any clearly established statutory or constitutional right of the Plaintiff which reasonable persons would have known, and therefore are entitled to qualified immunity from suit.

8. Plaintiff has failed to properly exhaust any claims not properly alleged through the Department's administrative grievance process in compliance with the applicable rules thereof prior to initiating this action.

9. Defendants assert that their conduct did not subject Plaintiff to a deprivation of rights, privileges or immunity secured by the United States Constitution, or Federal or State Law.

10. Plaintiff is responsible for any injury or damage due in part or in whole to his own actions and failed to mitigate his damages.

11. At this stage in litigation, the Defense demands trial by jury.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**

/s/ Erich Messenger
ERICH MESSENGER
Assistant Attorney General
Florida Bar No. 96055

>Office of the Attorney General
>The Capitol, Suite PL-01
>Tallahassee, Florida 32399-1050
>(850) 414-3300 - Telephone
>(850) 488-4872 - Facsimile
>Erich.Messenger@myfloridalegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically through CM/ECF on November 26, 2018 and sent by US Postal Service to: Thomas R. Gomez, Martin Correctional Institution, 1150 S.W. Allapattah Rd., Indiantown, Florida, 34956-4397.

>/s/ Erich Messenger
>ERICH MESSENGER
>Assistant Attorney General